B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
Northern District Of Illinois

In re    Sharrelle McGee    ,    Case No.    12 B 13914
Debtor

Chapter    7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$    102.00    Check one  ☐ With the filing of the petition, or
                          ☑ On or before October 11, 2012

$    102.00    on or before    November 13, 2012

$    102.00    on or before    December 11, 2012

$    _____    on or before    July 12, 2012

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date:    July 12, 2012

_Janet S. Baer_
United States Bankruptcy Judge